

Todd A. Spodek, Esq.
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

March 25, 2025

**BY ECF**:

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

3/25/25

The requested modification is granted to the extent that Mr. Aburto may travel domestically without prior-approval from Pretrial Services. But before any domestic travel, Mr. Aburto must notify Pretrial Services of his trip.

Valerie Figueredo U.S.M.J.

RE:   United States v. Jose Aburto
      Case No.: 1:24-mj-01076-UA-1
      Southern District of New York
      Unopposed Fourth Letter Motion Seeking Modification of Conditions of Release

Dear Magistrate Judge Figueredo:

Please be advised that I represent **Jose Aburto** in the above-captioned action.

Mr. Aburto is currently subject to release conditions as per the March 14, 2024, Appearance Bond (*See* ECF No. 3). Pursuant to his Bond, Mr. Aburto's travel is currently restricted to the Southern and Eastern Districts of New York, and his travel documents have been surrendered. We respectfully submit this letter requesting that Mr. Aburto be allowed to travel domestically without prior approval from Pretrial Services. This is our fourth request for a modification of any kind.

All other restrictions on Mr. Aburto, including his GPA location monitoring, will remain in place. Moreover, all international travel will still require approval from the Court.

The timing of this request coincides with Mr. Aburto's plan to travel to the Catskills, New York, for a weekend getaway from April 5, 2025 to April 7, 2025.

I have spoken with PTSO Taelor Nisbeth regarding this request. Her office does not object to the request made herein regarding Mr. Aburto's domestic travel privileges or

The Honorable Valerie Figueredo
Page **2** of **2**

his upcoming trip to the Catskills, so long as prior notification is made to Pretrial Services. AUSA Adam S. Sowlati and the Government defer to Pretrial Services.

    Thank you in advance for your time and consideration in this matter.

Sincerely,<br>
<b>Spodek Law Group P.C.</b><br>
/s/ Todd A.Spodek<br>
Todd A. Spodek

cc:    All Counsel of Record (By ECF).
       PTSO Taelor Nisbeth (By Email).

2